USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

LAW OFFICES OF
MARTIN L. SCHMUKLER, P.C.
FORTY-ONE MADISON AVENUE
SUITE 5B
NEW YORK, NEW YORK 10010-2202
(212) 213-9400

Fax (212) 684-0620
martins@mlspclaw.com

February 11, 2008
By Fax

The Honorable Harold Baer, Jr.
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   United States v. Hussein Ali Nasser, et al.
      07 Cr. 1147  (HB)

Dear Judge Baer,

The attached letter endorsed by the Court on February 7th authorized my client to travel to Law Vegas in order to attend a clothing industry trade show. I mistakenly sought permission for him to return by February 14, which is two days prior to the end of the show. This was a blunder on my part. I am therefore requesting the Court to allow the defendant to return to New York on Sunday, February 17th. This flight will arrive at 6:00 a.m. Pretrial Services Officer Luis Piedra has consented to this request. AUSA Jonathan New will not be available until tomorrow.

Respectfully submitted,

Martin L. Schmukler

MLS/lc
cc: Jonathan New, AUSA

ORDERED

Harold Baer, Jr., U.S.D.J