AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Hussein Ali Nasser, et al.

**APPEARANCE**

Case Number: 07 Cr. 1147 (HB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The United States of America

I certify that I am admitted to practice in this court.

March 10, 2008
Date

Signature

Sharon E. Frase | SF-4906
Print Name | Bar Number

U.S. Attorney's Office, One Saint Andrew's Plaza
Address

New York, New York 10007
City | State | Zip Code

(212) 637-2329 | (212) 637-0421
Phone Number | Fax Number