```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08
```

LAW OFFICES OF
**MARTIN L. SCHMUKLER, P.C.**
FORTY-ONE MADISON AVENUE
SUITE 5B
NEW YORK, NEW YORK 10010-2202

(212) 213-9400
FAX: (212) 684-0620
E-MAIL: martins@mlspclaw.com

March 10, 2008
By Fax

The Honorable Harold Baer, Jr.
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Hussein Ali Nasser, et al.</u>
             07 Cr. 1147 (HB)

Dear Judge Baer:

    The Court has summoned all parties to appear on Friday, March 14, 2008 at 3:00 p.m. for a conference.

    At 3:30 p.m., that same day, I was scheduled to appear in White Plains before the Honorable Colleen McMahon. I have delayed this matter until 4:00 p.m. rather than adjourning it as Judge McMahon is sharing Judge Brieant's case load in addition to her own.

    I respectfully request that Your Honor reschedule our conference for one hour earlier at 2:00 p.m. (or in the a.m.).

Respectfully submitted,

Martin L. Schmukler

MLS/lc
cc:  Jonathan New, AUSA
      Joel S. Cohen, Esq.
      David Permutter, Esq.
      Paul Lieber, Esq.
      Jonathan Kaye, Esq.

*Request Denied*
SO ORDERED
Harold Baer, Jr., U.S.D.J.
3/12/08

TOTAL P.02