LAW OFFICES OF
**MARTIN L. SCHMUKLER, P.C.**
FORTY-ONE MADISON AVENUE
SUITE 5B
NEW YORK, NEW YORK 10010-2202
(212) 213-9400

Fax (212) 684-0620

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08

March 24, 2008
By Fax

The Honorable Harold Baer, Jr.
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    United States v. Hussein Ali Nasser, et al.
                07 Cr. 1147  (HB)

Dear Judge Baer,

    This is a emergency request for permission for Hussein Nasser to travel for one half-day, from New Jersey, where the above defendant resides to Philadelphia. He's a clothing retailer and has been offered an opportunity to acquire desirable merchandise at a steep discount from a retailer who has seventeen stores and is overstocked. He would leave in the morning and return in the late afternoon.

    AUSA Jonathan New consents to this request as well as Pre trial services officer Luis Piedra.

                                  Respectfully submitted,

                                  Martin L. Schmukler

MLS/lc
cc: Jonathan New, AUSA
cc: Luis Piedra, Pre Trial Services Officer

SO ORDERED:
_____
Harold Baer, Jr., U.S.D.J.

3/24/08

TOTAL P.02