USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/08

LAW OFFICES OF
**MARTIN L. SCHMUKLER, P.C.**
FORTY-ONE MADISON AVENUE
SUITE 5B
NEW YORK, NEW YORK 10010-2202

(212) 213-9400
FAX: (212) 684-0620
E-MAIL: martins@mlspclaw.com

August 20, 2008
By Hand

The Honorable Harold Baer, Jr.
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    United States v. Hussein Ali Nasser, et al.
                07 Cr. 1147  (HB)

Dear Judge Baer:

    The above defendant wishes the Court's permission to travel. Mr. Nasser would like to attend the MAGIC (Men's Apparel Group International Council) Show in Las Vegas, Nevada. It is the largest trade show of its kind for retail clothing store owners like Mr. Nasser to meet with vendors to place their orders for merchandise. Mr. Nasser plans to fly to Las Vegas from JFK on Saturday, August 23, 2008 and return to JFK on Thursday, August 28, 2008. He will advise Pretrial Services of his accommodations prior to traveling. Assistant U.S. Attorney Jonathan New and U.S. Probation officer Luis Piedra have consented to this application.

Respectfully submitted,

Martin L. Schmukler

MLS/lc
cc: Jonathan New, AUSA

AUSA says that this is ok back on 8/28/08

SO ORDERED:

Harold Baer, Jr., U.S.D.J.
Date: 8/21/08